UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANAIDA APONTE,                                         :
:
                 Plaintiff,                       :
:    24-CV-2489 (JMF) (GS)
    -v-                                                  :
:    ORDER
COMMISSIONER OF SOCIAL SECURITY et al.,    :
:
                 Defendants.              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 3, 2024 Order, ECF No. 6, the parties were required to file a consent form to proceed before a Magistrate Judge or a joint letter, the contents of which are described in the Court's Order, no later than April 18, 2024 — two weeks after Defendant appeared. To date, the parties have not filed the required documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 2, 2024.**

       The Clerk of Court is directed to mail a copy of this Order **and** the Court's April 3, 2024 Order, *see* ECF No. 6, to Plaintiff.

       SO ORDERED.

Dated: April 22, 2024
       New York, New York
                                                              JESSE M. FURMAN
                                                 United States District Judge